Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC, <br><br> Plaintiff, <br><br> v. <br><br> BRADY LINEN SERVICES, LLC, a Nevada limited liability company, <br><br> Defendant. | Case No. 2:20-cv-01211-RSM <br><br> **STIPULATION** <br><br> **AND** <br><br> **ORDER REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

The parties, by and through their undersigned counsel, stipulate and agree as follows:

1. The time for Defendant Brady Linen Services, LLC to answer or otherwise respond to Plaintiff Northwest Administrators, Inc.'s Complaint shall be extended for twenty-one (21) days to and including September 29, 2020.

2. The parties submit to the Court that they are engaged in settlement discussions concerning the above-captioned matter and that the approval of this stipulation is in the interests of judicial economy.

Error! Unknown document property name.

3. The parties jointly request that the Court enter the Order below.

STIPULATED AND AGREED on September 4, 2020

| FOX ROTHSCHILD, LLP | REID, McCARTHY, BALLEW & LEAHY, LLP |
|---|---|
| *s/ Mary Haddad* | *s/ Russell J. Reid* |
| Mary Haddad, WSBA #30604 | Russell J. Reid, WSBA # 2560 |
| *Attorneys for Defendant Brady Linen Services, LLC* | *Attorneys for Plaintiff Northwest Administrator* |

STIPULATION REGARDING TIME TO
RESPOND TO COMPLAINT  (2:20-CV-01211-RSM) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

**Error! Unknown document property name.**

**ORDER**

The parties having jointly stipulated and agreed, IT IS HEREBY ORDERED:

1. Defendant Brady Linen Services, LLC shall answer or otherwise respond to the Complaint on or before September 29, 2020.

IT IS SO ORDERED.

DATED this 14th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

FOX ROTHSCHILD, LLP

*s/ Mary Haddad*
Mary Haddad, WSBA #30604

*Attorneys for Defendant Brady Linen Services, LLC*

Error! Unknown document property name.