1

Chief Judge Ricardo S. Martinez

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

NORTHWEST ADMINISTRATORS, INC,

12

Plaintiff,

13

v.

14

BRADY LINEN SERVICES, LLC, a Nevada limited liability company,

15

16

Defendant.

17

Case No. 2:20-cv-01211-RSM

**STIPULATION**

**AND**

**ORDER REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

18

19       The parties, by and through their undersigned counsel, stipulate and agree as follows:

20       1.       The time for Defendant Brady Linen Services, LLC ("Brady") to answer or

21 otherwise respond to Plaintiff Northwest Administrators, Inc.'s Complaint shall be extended

22 until and including October 23, 2020.

23       2.       The parties previously submitted a stipulation for an extension of time of twenty-

24 one (21) days for Brady to answer the complaint.

25

26

STIPULATION REGARDING TIME TO
RESPOND TO COMPLAINT  (2:20-CV-01211-RSM) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

**Error! Unknown document property name.**

3.       The parties have continued to engage in serious settlement discussions concerning the above-captioned matter and submit to the Court that the approval of this stipulation is in the interests of judicial economy.

4.       The parties will abide by the Court's Order regarding initial disclosures and joint status report entered on September 24, 2020 and any other applicable case management orders.

5.       The parties jointly request that the Court enter the Order below.

STIPULATED AND AGREED on September 28, 2020

FOX ROTHSCHILD, LLP                           REID, McCARTHY, BALLEW & LEAHY, LLP

*s/ Mary Haddad*                                             *s/ Russell J. Reid*
Mary Haddad, WSBA #30604                       Russell J. Reid, WSBA # 2560

*Attorneys for Defendant Brady Linen*       *Attorneys for Plaintiff Northwest*
*Services, LLC*                                             *Administrator*

STIPULATION REGARDING TIME TO
RESPOND TO COMPLAINT  (2:20-CV-01211-RSM) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

**Error! Unknown document property name.**

## **ORDER**

The parties having jointly stipulated and agreed, IT IS HEREBY ORDERED:

1.      Defendant Brady Linen Services, LLC shall answer or otherwise respond to the

Complaint on or before October 23, 2020.

IT IS SO ORDERED.

DATED this 30th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

FOX ROTHSCHILD, LLP

*s/ Mary Haddad*
Mary Haddad, WSBA #30604

*Attorneys for Defendant Brady Linen Services, LLC*

STIPULATION REGARDING TIME TO
RESPOND TO COMPLAINT  (2:20-CV-01211-RSM) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

**Error! Unknown document property name.**