THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br><br> v. <br><br> BRADY LINEN SERVICES, LLC, a Nevada limited liability company, <br> Defendant. | NO.   C20-01211-RSM <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid and Thomas A. Leahy of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Mary Haddad and Andrew MacDonald of Fox Rothschild LLP, attorneys for Defendant, Brady Linen Services, LLC, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 11th day of November, 2020.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | FOX ROTHSCHILD LLP |
| /s/Russell J. Reid <br> Russell J. Reid, WSBA #2560 <br> Thomas A. Leahy, WSBA #26365 <br> Attorney for Plaintiff | /s/Mary Haddad <br> Mary Haddad, WSBA #30604 <br> Andrew MacDonald, Pro Hac Vice <br> Attorney for Defendant |

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C20-01211-RSM
Page 1 of 2

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this <u>18th</u> day of <u>November</u>, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By /s/*Russell J. Reid*
    Russell J. Reid, WSBA #2560
    Attorneys for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C20-01211-RSM
Page 2 of 2

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925